UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal Action No. 1:24-cr-10121-ADB |
| v. | ) ) |  |
| DANIELLE STEENBRUGGEN, Defendant | ) ) ) |  |

### DEFENDANT DANIELLE STEENBRUGGEN'S WAIVER OF APPEARANCE FOR ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Danielle Steenbruggen hereby waives her right to appear in court for arraignment on the Superseding Indictment in the above-captioned matter. Defendant and her counsel affirm that Ms. Steenbruggen has reviewed a copy of the Superseding Indictment and that she pleads NOT GUILTY.

Therefore, Danielle Steenbruggen respectfully asks the Court to accept this waiver and enter a plea of NOT GUILTY in her absence.

Respectfully Submitted,

the defendant,

*/s/ Danielle Steenbruggen*

**DANIELLE STEENBRUGGEN**

by her attorney,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*attorneybenzaken@gmail.com*

Dated:  October 9, 2024

## Certificate of Service

      I hereby certify that a copy of this motion has been filed and served through the CM/ECF system and will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ Jason Benzaken*
Jason Benzaken

Dated:  October 9, 2024