UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>v.   )<br>  )<br>DANIELLE STEENBRUGGEN, )<br>Defendant   )<br>  ) | Criminal Action No. 1:24-cr-10121-FDS |

## ASSENTED TO MOTION FOR A RULE 11 HEARING

Now comes the defendant, Danielle Steenbruggen, before this Honorable Court and respectfully moves to schedule a Rule 11 hearing for a change of plea on a date and time convenient for the Court and the parties. The United States has assented to this motion.

Respectfully Submitted,

**Danielle Steenbruggen**

by her attorney,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*attorneybenzaken@gmail.com*

Dated: July 28, 2025

### Certificate of Service

I hereby certify that a copy of this motion has been filed and served through the CM/ECF system and will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ Jason Benzaken*
Jason Benzaken

Dated: July 28, 2025