# EXHIBIT A

## Letter from Danielle Steenbruggen to the Court

Danielle Steenbruggen
Wyatt Detention Facility
950 High St
Central Falls, RI 02863

October 2, 2025

The Honorable F. Dennis Saylor IV
United States Federal Judge
United States Federal Court
Boston Massachusetts District
John Joseph Moakley Courthouse
1 Federal Way
Boston, MA 02210

Dear Judge Saylor IV,

I am writing to you with profound remorse and a heavy heart as I take full responsibility for my crime. I am deeply sorry for my actions and the harm they have caused to my community. Reflecting on my choices with a clean and sober mind, I am ashamed of the decisions that led me to this point. At the time of my offense, I was not thinking clearly and was under the influence of drugs. While this is no excuse for my behavior, I deeply regret the path I took and the consequences that followed. The gravity of my actions weight heavily on me. Had the drugs I was selling reached a child or caused harm or death to someone, I would never forgive myself. I am grateful every day that law enforcement intervened when they did, preventing further damage. I understand the seriousness of my offense and am committed to making amends and rebuilding my life.

For much of my adult life, I have struggled with addiction, which was exacerbated by significant losses. A few years ago, my father, Ronald Steenbruggen, passed away suddenly, and I have yet to fully process this loss. Before that, I lost a best friend to suicide, which left me reeling. These events triggered major struggles with my addiction, and I allowed myself to lose sight of the person I once was. However, I want to share a part of my life that reflects who I am at my core and the person I am working to become again.

In 2008, my father, a respiratory therapist, founded Matt's Place Inc., a 501(c) 3 non-profit organization dedicated to helping individuals living with severe physical disabilities transition from institutions into their own homes. He was inspired by a young man he was caring for named Mathew Eddy, who was living with Duchenne Muscular Dystrophy. Matt was confined to an electric wheelchair and reliant on a ventilator to breathe. I joined my father in this mission, working tirelessly to support the organization. I organized several fundraisers, filed paperwork to incorporate the non-profit and keep it running, conducted research, and worked as a personal care assistant (PCA) for Matt among other things. Matt had a dream to travel cross country in his wheelchair. On June 5, 2010 we set out from Red Rock Park on Lynn Beach, Lynn, Massachusetts and reached the Aquarium of the Pacific in Long Beach, California on October 9, 2010 in an effort to raise funds and awareness for Matt's Place Inc. We cycled behind Matt, camping along the way, as he achieved a Guinness Book World Record, Trans USA by Wheelchair in 126 days 4 hours 2 minutes. The journey was a testament to Matt's resilience and our shared commitment to making a difference.

That experience, and the person I was during that time, is who I strive to be again. Somewhere I lost myself to addiction, and the losses of my father, Matt, my best friend, Andrew from that journey have been difficult to grieve properly. These loses do not excuse my actions but they provide context for challenges I've faced. I've been extremely blessed over the years as well, I have a 12 year old son who is the greatest gift and joy in my life, well as a great family, my sons' father and a great support system to go home to. I'm working hard to find my way back to the person I was during this time in my life.

I have been actively participating in recovery drug treatment, meditation, mindfulness, parenting classes, and any rehabilitation steps, and re-entry programs available at Wyatt and I want to continue taking advantage of any of these programs offered at BOP. I am also interested in finding work while at BOP to support myself and potentially learn new skills. I've been staying in touch with my family to strengthen our bonds during my incarceration. I'm particularly close to my son, and being away from him has been incredibly tough. I'm focused on being present for him in the ways that matter

for both of us. The hardest part of being in jail has been the separation from my family, so I'm committed to keeping our communication open.

Prior to my incarceration, I was working for Uber and Lyft while pursuing my real estate license. If the Bureau of Prisons offers real estate certification, I'm eager to complete my licensing during my sentence. At Wyatt, I've been designing monthly fitness routines for myself and other detainees, as well as training several women here. I'm keen to deepen my knowledge of physical fitness and, if available, earn a personal trainer certification through BOP. I'm committed to exploring every opportunity to expanding my skills and boost my career prospects while in BOP, preparing for a successful re-entry into my community.

Sincerely,

Danielle Steenbruggen