# EXHIBIT B

## Support Letters

Dianne Steenbruggen
87 S. Policy Street
Salem, NH 03079
dsteenbruggen@yahoo.com
November 6, 2025

Letter of support for Danielle Steenbruggen
(Written by her mother, Dianne Steenbruggen)

To Whom it May Concern,

My name is Dianne Steenbruggen and I am the mother of Danielle Steenbruggen. I am writing this letter in support of my daughter, who is before the court seeking a chance for recovery and renewal.

Danielle has struggled for many years with anxiety, emotional pain, and the effects of trauma. For a long time, she denied her struggles and hid her pain even from those who loved her most. As her mother, I now see that she was fighting battles I did not fully understand at the time. I too have faced anxiety in my own life, and I know how difficult it can be to face those emotions head-on.

While I have learned that her addiction is not my fault, I still carry the deep regret of not recognizing how much she was hurting and how desperately she needed help. Throughout her life, Danielle has endured many hardships – the loss of her farther, broken relationships. financial difficulties, and most painfully, separation from her beloved son, Jacob. Jacob is her heart and soul and she longs for the chance to rebuild her life for him.

I know that the actions that brought Danielle before the court are not a reflection of her true character. They are the result of years of pain, anxiety, and addiction – struggles that clouded her judgement and broke her spirit. Beneath all of that is a kind, loving, and compassionate woman who wants nothing more than to heal, make amends, and be the mother, daughter, sister, and friend that we all know she truly is.

Our family stands firmly behind Danielle. We are ready to support her every step of the way as she works to recover, rebuild her life, and restore her relationship with her son. With the proper resources, guidance, and continued support, I believe Danielle can overcome this and return to the caring thoughtful person we all love.

I believe Danielle deserves the chance to prove that her past does not define her – her strength, her love for her son, and her determination to heal do. As a mother, I ask the court to show leniency at sentencing. Thank you for taking the time to read this letter with compassion and understanding.

Respectfully yours,

Dianne Steenbruggen

Brett Steenbruggen
17 North Pond Road
Chester, NH 03036

Letter of support for Danielle Steenbruggen
(Written for my sister)

To Whom it May Concern,

I am writing this letter as a character reference for my sister, Danielle Steenbruggen, who is currently before your court. My name is Brett Steenbruggen and I am her brother. We have shared a close bond throughout our lives, growing up together and facing many of the same challenges. I have always admired her strength, kindness, and resilience, even in the toughest times. She is truly an amazing person with a heart full of potential, and I believe deeply in her ability to over-come her current difficulties.

Like my sister, I too have struggled with addiction in the past. It was a dark period in my life that nearly destroyed everything I held dear. However, being placed in a structured program while incarcerated was the turning point that saved my life. It provided me with the tools, guidance, and accountability I needed to break free from that cycle. Today, I am proud to say that I have been clean for over ten years. I have built a stable life for myself, including a loving family and my own business. This transformation was not easy, but it was possible because of the support and resources that helped me rebuild.

My sister and I are very much alike in our personalities and experiences – we share the same determination and capacity for growth. I know first hand how transformative the right tools and support can be, and I am confident that she already has support in place through her family. Along with the tools she will learn through treatment programs while incarcerated she will not only recover but go on to do wonderful things upon her release. She has the inner strength to turn her life around, just as I did, and contribute positively to those around her.

I respectfully ask that you consider this letter in your deliberations and give my sister the opportunity to demonstrate her potential for rehabilitation.

Respectfully yours,

Brett Steenbruggen

Cheryl McNulty
18 Bartley Street
Wakefiled, MA 01880

Letter of support for Danielle Steenbruggen

(Written by a friend)


To Whom It May Concern,

I am writing this letter on behalf of Danielle Steenbruggen who I have known for approximately thirty-five years. I understand the gravity of the situation that she is in and understand that she has pleaded guilty to an extremely serious charge. Danielle was always a sweet, compassionate, and sensitive person. She always felt things very deeply, both joy and sorrow. She struggled with her emotions throughout elementary school, junior and senior high school and in retrospect, believe her mother would have pursued more help had she recognized the danger of leaving Danielle without emotional tools needed to get through some of the tougher times. She is socially skilled, funny, smart, and kind and compensated in many ways so that problems with addiction and disfunction went on far too long. Danielle and her entire family suffered greatly. She became addicted sometime during her late teens and inevitably the problem worsened when not confronted head on. Danielle has the love of her family and support in Massachusetts. I am hoping that Danielle will be given a chance to be released with supervision and support; and be able to make amends to her son, her family, others she has harmed and ultimately to herself. I know she is deeply sorry for her mistakes and believe that she can make the changes that are necessary to turn her life around.


Sincerely,


Cheryl McNulty

M.Ed.E.C.E.

Linda M. Crowe
200 Quannapowitt Parkway
Apartment 2312
Wakefield, MA 01880

Re: Letter In Support of Danielle Steenbruggen

To Whom It May Concern:

My name is Linda Crowe, and I have been a close friend of Dianne Steenbruggen (Danielle's mother) for over fifty years. I have known Danielle Steenbruggen since she was in grade school.

I understand that the Court is in the process of making decisions regarding Danielle Steenbruggen's case, and I wanted to take this opportunity to share my perspective on her character and her potential for positive reintegration into society.

Danielle is a respectful, diligent, compassionate, and empathetic individual. She has consistently shown remorse for her actions and has a strong commitment to self-improvement and rehabilitation.

Danielle is actively participating in programs aimed at personal growth within the correctional facility. Danielle has also demonstrated her desire to use her time constructively and develop the skills necessary to become a productive member of society.

Danielle's dedication to self-improvement is evident, and I am confident that with the right support, she will thrive and be an excellent mother to her son Jacob, who she loves very much. Danielle also has a supportive family who are committed to helping her in any way possible.

I honestly believe that Danielle's determination will help her through this process and guide her on the right path. I hope that the Court will continue to give her the tools she needs to move forward in her life. Danielle will become the mother, daughter, sister, and friend that we all know and love as well as a productive member of society.

Sincerely yours,

Linda M. Crowe

Marie Gavel
31 Spring Rd.
Dracut, MA 01826
November 2, 2025

Letter of support for Danielle Steenbruggen (Niece)

To Whom it May Concern,

I am writing this letter to support of my niece, Danielle Steenbruggen who is currently before the court. I have known Danielle her whole life, and despite the struggles she has faced with addiction, I know her to be a loving, kind, and compassionate person. She is especially devoted to her son, Jacob who loves and needs his mother.

Addiction has been a very difficult battle for her, but it does not define who she is. She has a good heart and many positive qualities that I believe will shine through if she is given the right support. I am confident she has the strength and determination to rebuild her life and to be the mother, daughter, sister, and person we know she can be.

I respectfully ask the court to consider giving Danielle the chance to receive the help and services she needs. Our family is committed to supporting her in her recovery and helping her move forward.

Thank you for you time and consideration,

Sincerely,

Marie A. Gavel

Marie Gavel

Jean Groves
9 Cypress Street
Chelmsford, MA 01824

### Support letter for Danielle Steenbruggen (Niece)

To Whom it May Concern,

I am writing to share my support for my niece, Danielle Steenbruggen.  I have known Danielle all her life, and I want the court to know that she is a kind, caring person with a good heart.

Danielle has struggled with addiction, but I believe that does not define who she is.  She has always been loving, thoughtful, and devoted to her son, Jacob who means the world to her.  Her love for him is strong, and I truly believe it will help guide her toward a better and brighter future.

I have seen the good in Danielle – her kindness towards others, her gentle nature, and her desire to make things right.  I feel she deserves the opportunity to get the help and support she needs to continue rebuilding her life.

Please consider the person Danielle truly is – a loving mother, daughter, sister, and friend who is working hard to change and become the best version of herself.

Sincerely,


Jean Groves

Leo G Mogavero
Wyatt Detention Facility
950 High Street
Central Falls, RI 02863
(401) 302-5846 (C)
(401) 434-8900(W)

November 17, 2025

RE: Danielle Steenbruggen

Judge Saylor:

My name is Leo G Mogavero and I am the Chaplain of the Wyatt Detention Facility in Central falls, RI. I am also an educator of Bible, Religious, and Philosophy Studies.  I was born, bred and educated in Boston, Ma. and have a BA in English/Philosophy and a Master's Degree in Theology.  I am a 3rd order Franciscan with over 25 years of experience in Hospitals, Nursing Homes, Care and Prison Ministries.

Over the years, I have been asked to write many letters of recommendations for the incarcerated. Several of these I have asked the Courts for a reduction in sentencing, some to be placed in psychiatric holdings/hospitals, and some on a probationary tenure.

I am asking you, Judge Saylor, to please consider a reduction in the sentencing of Danielle Steenbruggen. She has been and continues to be a student of mine in Bible and Religious Studies. She has never missed a class or a one on one session with me regarding her past ways and her positive desire for the future.

Danielle speaks with her family on a regular basis.  Her son is her life.  She is always in Prayer, and Prays the Rosary daily with several others, reads the Bible and other Religious books, reviews spiritual movies, and/or on her knees in personal Prayer.  I observe her assisting other inmates who have issues and problems.  She is the first to share her personals with others.  Above all, she is truly sorry for her past. As time progressed, Danielle's knowledge and understanding of her past wrongs surfaced and she is most remorseful.  Danielle now better understands mans' laws, rules, regulations to run a parallel with God's Commandments.

We have discussed her wrongs and issues in and of life's existence and the need to respect all.  Her love and respect for God, her family, and all that life has presented to her has given me strong reason to write you pleading and requesting for either a release or a sentence reduction.

In my heart and mind, I give to you my strong recommendation for Danielle Steenbruggen.

Thank you.
Leo G. Mogavero (Chaplain)