# EXHIBIT C

## Family Photographs



Danielle & Jacob



Carl, Jacob & Danielle



*From left:* Danielle's grandmother Joanne, brother Brett, father Ron, Danielle, son Jacob, partner Carl, Mom Dianne and brother Derek



*From left:* Danielle's father Ron, son Jacob, Danielle, and her mother Dianne



Jacob & Danielle