# EXHIBIT D

## Edovo Transcript

**edovo**

**OFFICIAL TRANSCRIPT FOR:**
**DANIELLE STEENBRUGGEN**

Sep 22, 2024 - Nov 17, 2025
Donald Wyatt Federal Detention Facility, RI

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 199 | 188 | 11 | 72 |

## 72 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| The MBSR Online Course | The Definitive Program for Relieving Stress and Building Resilience Against the Innate Challenges of Life. In the 21st century, the mental and physical benefits of mindfulness meditation are well researched and widely... | **Time to pass:** 19 hr 33 min **Total time:** 19 hr 33 min | **PASSED** **Completed:** Sep 1, 2025 |
| Facing Your Shadow | The Shadow, in many ways, is the force that runs our lives. It is natural and universal, capable of creation and destruction. Within ourselves, the Shadow will show up as our unconscious patterns, addictions, motivations,... | **Time to pass:** 14 hr 44 min **Total time:** 14 hr 44 min | **PASSED** **Completed:** Sep 5, 2025 |
| Rebound Allstars Primer 5-2024 | Welcome to Rebound Allstars Primer, where returning citizens can harness the gig economy to build a flexible and rewarding career as skilled freelancers. This introduction course opens the door to the world of... | **Time to pass:** 11 hr 12 min **Total time:** 11 hr 12 min | **PASSED** **Completed:** Oct 24, 2024 |
| Meditation and Psychotherapy | An Online Training Course for Integrating Mindfulness into Clinical Practice. Tara Brach is your guide in this in-depth program for mental health professionals, their clients, and anyone interested in using the core... | **Time to pass:** 10 hr 46 min **Total time:** 10 hr 46 min | **PASSED** **Completed:** Sep 8, 2025 |
| Rising Strong: A Substance Use Recovery Course | Breaking free from substance use is a journey that's as unique as you are. Welcome to the course that's breaking the mold and setting you on your unique path to recovery. If you're tired of the same old methods tha... | **Time to pass:** 9 hr 13 min **Total time:** 9 hr 13 min | **PASSED** **Completed:** Jan 23, 2025 |
| HTML Essential Training | Hypertext Markup Language (HTML) is the foundation of website and web application development. It allows you to ensure that your content is understood by both segments of your audience: the people who watch, rea... | **Time to pass:** 8 hr 22 min **Total time:** 8 hr 22 min | **PASSED** **Completed:** Nov 4, 2024 |
| The Power of Mindfulness | An introduction to the Power of Mindfulness with former prisoner and founder of the Prison Mindfulness Institute Fleet Maull, Ph.D. Neuroscience research has shown that mindfulness practices can positively affect brain... | **Time to pass:** 6 hr 40 min **Total time:** 6 hr 40 min | **PASSED** **Completed:** Jun 3, 2025 |

# OFFICIAL TRANSCRIPT FOR:
## DANIELLE STEENBRUGGEN

Sep 22, 2024 - Nov 17, 2025

Donald Wyatt Federal Detention Facility, RI

| Course name | Overview | Time | Status |
|---|---|---|---|
| Parenting While Incarcerated | This course will teach you important tips to help you stay involved in your children's lives while in prison. You will hear from experts on how to best support your children during this difficult time. This course features Ann... | **Time to pass:** 6 hr 20 min <br> **Total time:** 6 hr 20 min | **PASSED** <br> **Completed:** Jun 29, 2025 |
| One Step Away | A 10-Step educational series for inmates offers a powerful, unique message about the social difficulties of re-entry, along with a message of how to overcome those barriers coming from someone with real life... | **Time to pass:** 5 hr 43 min <br> **Total time:** 5 hr 43 min | **PASSED** <br> **Completed:** Aug 27, 2025 |
| Thinking for the Future - CBT | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment that focuses on the relationship between... | **Time to pass:** 5 hr 19 min <br> **Total time:** 5 hr 19 min | **PASSED** <br> **Completed:** Sep 16, 2025 |
| Computer Science Principles: Programming | Programming is what allows us to make computers, devices, and the Internet perform amazing tasks, entertain us, and simplify our lives. While programming seems complicated, every programming challenge can... | **Time to pass:** 5 hr 13 min <br> **Total time:** 5 hr 13 min | **PASSED** <br> **Completed:** Oct 16, 2024 |
| Howard Schultz Business Leadership | Embark on a journey of personal and professional growth with this digital course that will ignite your intellectual curiosity and equip you with practical strategies to supercharge your learning and career... | **Time to pass:** 4 hr 57 min <br> **Total time:** 5 hr 09 min | **PASSED** <br> **Completed:** Aug 25, 2025 |
| Forgiveness Challenge | What You Will Receive: - Radical teachings and practices for the experience of forgiveness - An online workbook with daily exercises, reflections, and teachings that address body, heart, mind, soul, and spirit - Radical... | **Time to pass:** 4 hr 47 min <br> **Total time:** 4 hr 47 min | **PASSED** <br> **Completed:** Sep 20, 2025 |
| Brandon McMillan Teaches Dog Training | Expert animal trainer Brandon McMillan teaches you his simple, effective training system to build trust and control with your dog. Want to enjoy the series but aren't ready for the full course? Check out the video-only... | **Time to pass:** 4 hr 03 min <br> **Total time:** 4 hr 03 min | **PASSED** <br> **Completed:** Nov 17, 2025 |
| Finding Safety in Your Nervous System | Calm Your Body and Soothe Your Soul Have you ever been in a situation where you feel uncertain or anxious but aren't sure why? You may not realize it, but we're constantly bombarded by social cues in our... | **Time to pass:** 3 hr 39 min <br> **Total time:** 3 hr 39 min | **PASSED** <br> **Completed:** Sep 29, 2025 |
| The Art of Soulmaking: The Path to Unconditional... | "Heal yourself within and watch those around you transform." The Unconditional Freedom Project's Art of Soulmaking eight-week correspondence course is about restoring dignity. Restoring dignity means restoring the... | **Time to pass:** 2 hr 47 min <br> **Total time:** 3 hr 10 min | **PASSED** <br> **Completed:** May 21, 2025 |

**DANIELLE's Learner ID:** 2038256

**OFFICIAL TRANSCRIPT FOR:**
DANIELLE STEENBRUGGEN

Sep 22, 2024 - Nov 17, 2025
Donald Wyatt Federal Detention Facility, RI

| Course name | Overview | Time | Status |
|---|---|---|---|
| Introduction to Artificial Intelligence | Computer scientists are just a small slice of people working in artificial intelligence. Most of the people working in AI are project managers, product managers, directors, and executives. People just like you. This... | **Time to pass:** 3 hr 07 min **Total time:** 3 hr 07 min | PASSED **Completed:** Aug 28, 2025 |
| Social Studies - Economics | In this course you will learn the basic principles of economics. More specifically, you will study labor and capital, supply and demand, competition, inflation, and several other topics. You will read and analyze passag... | **Time to pass:** 3 hr 02 min **Total time:** 3 hr 02 min | PASSED **Completed:** Oct 10, 2024 |
| A Guide Through the 12 Steps of Recovery | The purpose of this course is to allow you to reflect on the ways alcohol or substance use has affected your life. It provides educational material on the 12 steps of AA/NA as well as interactive reflective exercises. | **Time to pass:** 2 hr 59 min **Total time:** 2 hr 59 min | PASSED **Completed:** Oct 14, 2024 |
| Corey Damen Jenkins Teaches Interior Design | "You don't have to ask for a seat at the table. All you have to do is pull out the chair and sit down and contribute." – Corey Damen Jenkins What if creating a better space could help you build a better life? In this... | **Time to pass:** 2 hr 51 min **Total time:** 2 hr 51 min | PASSED **Completed:** Oct 7, 2025 |
| Introduction to The Phoenix | Welcome to Introduction to The Phoenix! In this course, you will sample 5 different types of Phoenix classes, including fitness, yoga, and meditation. At the end of each class, you will be given a challenge to help you... | **Time to pass:** 2 hr 12 min **Total time:** 2 hr 51 min | PASSED **Completed:** Jun 5, 2025 |
| Affinity Designer for UX Design | Affinity Designer is a cross-platform vector design tool that's simple, streamlined, and easy to use for UX, UI, and responsive web design. You can create branding materials, websites, app interfaces, logos, and so muc... | **Time to pass:** 2 hr 36 min **Total time:** 2 hr 36 min | PASSED **Completed:** Sep 10, 2025 |
| Foundation for Recovery | A study guide for building a foundation for Recovery, based on the award winning documentary, Kids Are Dying. | **Time to pass:** 2 hr 30 min **Total time:** 2 hr 30 min | PASSED **Completed:** Jun 13, 2025 |
| Learn to Rx: Developing Your Fitness Skills | Welcome to Learning to Rx with The Phoenix! In this course, you will participate in 5 workouts to build your fitness skills, no matter what level you are starting at today. In these classes we will learn how to build... | **Time to pass:** 1 hr 45 min **Total time:** 2 hr 20 min | PASSED **Completed:** Jun 3, 2025 |
| Kris Jenner On The Power of Personal Branding | Discover how to turn who you are into your greatest strength. Learn from Kris Jenner how personal branding can help you shape your story, find your audience, and build a future you're proud of. Want to enjoy this conte... | **Time to pass:** 2 hr 14 min **Total time:** 2 hr 14 min | PASSED **Completed:** Oct 5, 2025 |

**OFFICIAL TRANSCRIPT FOR:**
DANIELLE STEENBRUGGEN

| Course name | Overview | Time | Status |
|---|---|---|---|
| Active Recovery with The Phoenix | Welcome to Active Recovery with The Phoenix! In this course, we introduce a new way to take days off between more intense workouts. You will participate in 5 classes that will show you how to use "rest days" to... | **Time to pass:** 2 hr 05 min **Total time:** 2 hr 05 min | PASSED **Completed:** Jun 8, 2025 |
| The Roadtrip Nation Experience | Wondering what to do with your life? Start here. Explore career possibilities that reflect who you are. At Roadtrip Nation, we know what it's like to feel lost because we've been there. That's why, in 2001, we hit the road to get... | **Time to pass:** 2 hr 01 min **Total time:** 2 hr 01 min | PASSED **Completed:** Oct 15, 2025 |
| Prisoner Reentry Network: Part I | No one knows about reentry like someone who has left prison. The Prisoner Reentry Network provides information about the concerns voiced by incarcerated and formerly incarcerated people. In this course you w... | **Time to pass:** 1 hr 53 min **Total time:** 1 hr 54 min | PASSED **Completed:** Oct 18, 2025 |
| Meditation with The Phoenix | Welcome to Meditation with The Phoenix! In this course, you will participate in 5 meditations that will serve as the building blocks for YOU to create a personal mindfulness practice. In each video, Bryce and Katy will lead you... | **Time to pass:** 1 hr 43 min **Total time:** 1 hr 43 min | PASSED **Completed:** Aug 29, 2025 |
| Allstar Mastermind Facilitator Pro | Free Access to Transformative Training! Are you looking to make a positive impact and guide others towards success, even beyond your current endeavors? Whether you plan to launch a podcast, publish a book, engage i... | **Time to pass:** 1 hr 39 min **Total time:** 1 hr 39 min | PASSED **Completed:** Oct 24, 2024 |
| Introduction to Changin' Your Game Plan: The Blueprint to... | Changin' Your Game Plan: The Blueprint For Success During and After Incarceration is a practical approach to positive change as well as mental and emotional growth while doing your time. It will show you how to... | **Time to pass:** 1 hr 38 min **Total time:** 1 hr 38 min | PASSED **Completed:** Sep 25, 2025 |
| Introduction to Stress Management | Whether it's figuring out how to pay the bills, finding a job, or taking care of your family, stress is a natural part of life. If stress is a natural part of life, why bother with stress management? First it's the right thing to do. But ... | **Time to pass:** 1 hr 38 min **Total time:** 1 hr 38 min | PASSED **Completed:** Sep 21, 2025 |
| Learn Your Strengths from Shining Light | Welcome to Shining Light's "Learn Your Strengths" Course! In this four-part video series you will have the opportunity to: -Learn about positive qualities we all have, and how to identify them -Hear insight and... | **Time to pass:** 1 hr 31 min **Total time:** 1 hr 31 min | PASSED **Completed:** Sep 17, 2025 |
| Criminal Procedure | In this course, students will learn what criminal procedure means and how it differs from a civil action, as well as the sources of United States laws relating to criminal procedure. At the end of this course, students... | **Time to pass:** 1 hr 26 min **Total time:** 1 hr 27 min | PASSED **Completed:** Oct 7, 2025 |

OFFICIAL TRANSCRIPT FOR:
DANIELLE STEENBRUGGEN

Sep 22, 2024 - Nov 17, 2025
Donald Wyatt Federal Detention Facility, RI

| Course name | Overview | Time | Status |
|---|---|---|---|
| Introduction to Art Therapy for Self-Improvement,... | Art therapy is so much more than "just drawing pictures." It is the field where the worlds of art and psychology meet to help people work through challenging behavior problems, addiction, stress,... | **Time to pass:** 1 hr 25 min **Total time:** 1 hr 25 min | PASSED **Completed:** Sep 2, 2025 |
| Keeping Kids Safe in the Digital World | Intro: With access to technology and social media, kids are becoming increasingly vulnerable to those who would exploit them or do them harm. This course gives practical advice and next steps for keeping kids safe a... | **Time to pass:** 1 hr 21 min **Total time:** 1 hr 21 min | PASSED **Completed:** Sep 14, 2025 |
| Freedom the GOGI Way | Getting Out by Going In (GOGI) is a non-profit organization focused on empowering individuals with simple decision-making Tools to help make lasting change. GOGI offers lasting change... simplified. The... | **Time to pass:** 1 hr 19 min **Total time:** 1 hr 19 min | PASSED **Completed:** Jun 8, 2025 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo... | **Time to pass:** 1 hr 11 min **Total time:** 1 hr 11 min | PASSED **Completed:** Oct 19, 2024 |
| Social Studies - Geography | In this course you will learn important geography concepts that will help you succeed on the Social Studies portion of the GED exam. You will learn subjects such as migration and trends, sense of place, map tool... | **Time to pass:** 1 hr 07 min **Total time:** 1 hr 07 min | PASSED **Completed:** Oct 12, 2024 |
| Business Basics: Intro to Budgeting, Taxes, and... | Planning to start your own business after release? This course offers the foundational knowledge you need to get started the right way. Each short lesson breaks down essential topics like budgeting, business financing, tax... | **Time to pass:** 1 hr 01 min **Total time:** 1 hr 01 min | PASSED **Completed:** Sep 10, 2025 |
| TYRO Leadership Demo Course | Unlock your true potential with TYRO! Discover how to reinvent yourself, create a powerful legacy, and transform your life with intentional action, deep self-reflection, and unwavering motivation. Experience a... | **Time to pass:** 0 hr 59 min **Total time:** 0 hr 59 min | PASSED **Completed:** Aug 25, 2025 |
| Staying Healthy for Beginners | In this course, you will learn basic information about health care, doctors, medicine, healthy food, and staying healthy. The information in this course comes from resources from the Florida Literacy Coalition. | **Time to pass:** 0 hr 58 min **Total time:** 0 hr 58 min | PASSED **Completed:** Aug 22, 2025 |
| Career Exploration: Business, Management,... | Business, management, and administration make up various job fields. This lesson will teach you about some of those fields. Throughout this course, you will learn about some careers in business, management, and... | **Time to pass:** 0 hr 56 min **Total time:** 0 hr 56 min | PASSED **Completed:** May 24, 2025 |

Sep 22, 2024 – Nov 17, 2025
Donald Wyatt Federal Detention Facility, RI

| Course name | Overview | Time | Status |
|---|---|---|---|
| Freedom the GOGI Way PART 2 | Getting Out by Going In (GOGI) is a non-profit organization focused on empowering individuals with simple decision-making Tools to help make lasting change. GOGI offers lasting change... simplified. The... | **Time to pass:** 0 hr 55 min **Total time:** 0 hr 55 min | **PASSED** Completed: Sep 25, 2025 |
| Reflections and Recovery | Recovering from addiction takes an enormous amount of courage and just admitting that you have a problem that you can't solve by yourself takes a ton of bravery. Throughout this course, you will learn about some... | **Time to pass:** 0 hr 48 min **Total time:** 0 hr 48 min | **PASSED** Completed: Oct 17, 2024 |
| Criminal Impulsivity by Pathway to Kinship | This course introduces participants to the concepts of criminal impulsivity and selfishness, explores their impacts, and discusses strategies for management. | **Time to pass:** 0 hr 48 min **Total time:** 0 hr 48 min | **PASSED** Completed: Oct 17, 2025 |
| GOGI POSITIVE WORDS | When you choose to use your GOGI Life Tool called POSITIVE WORDS you can change any situation from a negative to a positive! The GOGI Life Tools are simple Tools for making the most positive decisions at anytim... | **Time to pass:** 0 hr 44 min **Total time:** 0 hr 44 min | **PASSED** Completed: Sep 20, 2025 |
| Blackstone's Skills for Success | In this course, you will learn everything you need to know to become a better student. After you complete the course, you'll be able to determine your learning style, set up a study schedule, avoid procrastination... | **Time to pass:** 0 hr 41 min **Total time:** 0 hr 41 min | **PASSED** Completed: Sep 10, 2025 |
| Anger Management | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and feedback from others. | **Time to pass:** 0 hr 41 min **Total time:** 0 hr 41 min | **PASSED** Completed: Sep 11, 2025 |
| Introduction to the 2nd Opportunity Programs | Winner of Cook County Sheriff's Office 2022 Reentry Initiative, The 2nd Opportunity Learning Path is designed for men and women inside jails and prisons preparing for release, as well as those on the outside who are... | **Time to pass:** 0 hr 40 min **Total time:** 0 hr 40 min | **PASSED** Completed: Sep 26, 2025 |
| Veterans Behind Bars | "I was a man that was taught from a very early age that violence is power." How do you heal from a past that has shaped your every decision? How do you move forward when trauma, pain, and regret weigh you down? This... | **Time to pass:** 0 hr 40 min **Total time:** 0 hr 40 min | **PASSED** Completed: Sep 18, 2025 |
| Impact: Families & Addiction | A drug prevention course using the film "Son to Son" as its base. It focuses on several key themes and topics related to substance abuse prevention and awareness. "Son to Son" is a short film that explores... | **Time to pass:** 0 hr 39 min **Total time:** 0 hr 39 min | **PASSED** Completed: Oct 16, 2025 |

**DANIELLE's Learner ID:** 2038256

| Course name | Overview | Time | Status |
|---|---|---|---|
| Stressful Life Events | Post-traumatic stress disorder (PTSD) is a mental health disorder developed by either witnessing or experiencing terrifying events. Throughout this course, you'll learn the signs, symptoms, triggers, and treatment options of... | **Time to pass:** 0 hr 38 min **Total time:** 0 hr 38 min | **PASSED** Completed: Jan 28, 2025 |
| GOGI POSITIVE ACTIONS | POSITIVE ACTIONS lets you show the world who you are today! The GOGI Life Tools are simple Tools for making the most positive decisions at anytime, and on any day. Throughout this course, you will explore the GOGI Life... | **Time to pass:** 0 hr 37 min **Total time:** 0 hr 37 min | **PASSED** Completed: Sep 23, 2025 |
| GOGI CLAIM RESPONSIBILITY | Using the CLAIM RESPONSIBILITY Tool permits you to consider positive options you might have missed in the past. This helps you avoid making decisions similar to those you now regret. The GOGI Life Tools are simple... | **Time to pass:** 0 hr 36 min **Total time:** 0 hr 36 min | **PASSED** Completed: Oct 14, 2025 |
| Introduction to Community & Leadership with The Phoenix | The Phoenix is more than fitness and meditation- we are a community full of inspiring leaders! This course is an introduction to concepts that are important to building a healthy, supportive community that starts with leaders... | **Time to pass:** 0 hr 35 min **Total time:** 0 hr 35 min | **PASSED** Completed: Jan 28, 2025 |
| Conflict Resolution: Bringing Order to Disorder | This course will educate others on how to understand emotions, identify conflict, and learn effective problem-solving strategies. Participants will learn and utilize cognitive behavioral therapy techniques to identify... | **Time to pass:** 0 hr 35 min **Total time:** 0 hr 35 min | **PASSED** Completed: Oct 21, 2025 |
| Houses of Healing: The Basics | Houses of Healing has made a truly life-changing difference for thousands of incarcerated people. As one participant wrote... "I could not see myself making the progress I have made without this program. It was as if... | **Time to pass:** 0 hr 34 min **Total time:** 0 hr 34 min | **PASSED** Completed: Sep 2, 2025 |
| Course 1: Introduction to Entrepreneurship | Lesson 1: Envisioning Entrepreneurial Success There are 29.6 million small businesses in the United States, one for every ten residents. Of all small businesses, 52% are home-based businesses. Small businesses come in... | **Time to pass:** 0 hr 33 min **Total time:** 0 hr 33 min | **PASSED** Completed: Oct 12, 2024 |
| The GOGI Life Tools - BOSS OF MY BRAIN - Fixed | The GOGI Life Tool called BOSS OF MY BRAIN helps you realize the control you have over what your brain does. When you use BOSS OF MY BRAIN, you may realize you are the boss of your thinking and the creator of your lif... | **Time to pass:** 0 hr 25 min **Total time:** 0 hr 25 min | **PASSED** Completed: Oct 17, 2024 |
| Career Exploration: Marketing, Sales, and... | There are many opportunities in the marketing, sales, and service industries. This course will introduce you to some of these positions. Throughout this course, you will learn about the requirements and job descriptions ... | **Time to pass:** 0 hr 24 min **Total time:** 0 hr 24 min | **PASSED** Completed: Oct 12, 2024 |

OFFICIAL TRANSCRIPT FOR:
DANIELLE STEENBRUGGEN

Sep 22, 2024 - Nov 17, 2025
Donald Wyatt Federal Detention Facility, RI

| Course name | Overview | Time | Status |
|---|---|---|---|
| The GOGI Life Tools - BELLY BREATHING - Fixed | When you use BELLY BREATHING, you maintain control. Your actions and reactions become more intentional. Your GOGI Life Tool, BELLY BREATHING, allows you to create the best possible response to any situation. | **Time to pass:** 0 hr 22 min **Total time:** 0 hr 22 min | PASSED **Completed:** Oct 18, 2024 |
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the characteristics of effective law, the difference between... | **Time to pass:** 0 hr 19 min **Total time:** 0 hr 19 min | PASSED **Completed:** Oct 24, 2024 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | **Time to pass:** 0 hr 19 min **Total time:** 0 hr 19 min | PASSED **Completed:** Sep 26, 2025 |
| Make BIG TALK: Introduction | Make BIG TALK is a social experiment, research project and video series started by a university student named Kalina. In this course series, you will be asked to think about deep questions, and answer questions about yo... | **Time to pass:** 0 hr 17 min **Total time:** 0 hr 17 min | PASSED **Completed:** Sep 27, 2025 |
| Introduction to Commercial Driving | Commercial drivers include delivery truck drivers, long-haul truckers, and school and charter bus drivers. In this course you will learn what it means to be a commercial driver and how to become one. If you are interested in... | **Time to pass:** 0 hr 16 min **Total time:** 0 hr 16 min | PASSED **Completed:** May 5, 2025 |
| Make Your Listening Active | Huh? What did you say? What was that? When someone is not listening to you, it can be frustrating. You might have to repeat yourself, or worse just give up on the message all together. In this course, we'll explore the... | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 14 min | PASSED **Completed:** Sep 10, 2025 |
| Staying Healthy: Women's Health Pt. 1 | Women can do something that men can't: that is having a baby. It is a unique experience for many women. Throughout this course, you will learn about women's bodies, their reproductive system, menstruation, and... | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 14 min | PASSED **Completed:** Jun 4, 2025 |
| How to Reverse an Opioid Overdose | Explore the vital topic of naloxone—an opioid overdose reversal medication. We will delve into what naloxone is, how it works, where to obtain it in the community, the different administration methods (nasal and... | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 14 min | PASSED **Completed:** Sep 17, 2025 |
| In the Courtroom | In this course you will learn some basics about the courtroom part of the criminal process. The topics covered in this course are: courtroom etiquette; the role of a Public Defender, and how to represent yourself. | **Time to pass:** 0 hr 13 min **Total time:** 0 hr 13 min | PASSED **Completed:** Jun 13, 2025 |



**OFFICIAL TRANSCRIPT FOR:**
DANIELLE STEENBRUGGEN

Sep 22, 2024 - Nov 17, 2025
Donald Wyatt Federal Detention Facility, RI

| Course name | Overview | Time | Status |
|---|---|---|---|
| Fentanyl and How to Test for it in Your Drugs | Delve into the topic of fentanyl—a potent synthetic opioid—and explore various aspects related to drug contamination, opioid overdose, the usage of fentanyl test strips, where to access them in the community, an... | **Time to pass:** 0 hr 09 min<br>**Total time:** 0 hr 09 min | PASSED<br>**Completed:** Sep 17, 2025 |
| Staying Healthy: Women's Health Pt. 2 | This is a special addition to Staying Healthy: An English Learner's Guide to Health Care and Healthy Living. It is part of a two course series called Staying Healthy: Women's Health. The courses give a broad overview o... | **Time to pass:** 0 hr 09 min<br>**Total time:** 0 hr 09 min | PASSED<br>**Completed:** Oct 14, 2025 |

**DANIELLE's Learner ID:** 2038256

# Supplemental Learning - 10 hr 52 min

## Summary

Listed below are the top **6** supplemental interactive learning items DANIELLE has spent time on. In addition, DANIELLE has engaged with **114 readings** and **34 learning videos**.

| Title | Time |
|---|---|
| Fitness with The Phoenix: Stronger Together | 3 hr 35 min |
| Navigating Conflict | 3 hr 18 min |
| The Foundations of Fitness | 3 hr 11 min |
| The Entrepreneur's Mindset with Daymond John | 0 hr 44 min |
| Welcome to Edovo: How to share your certificates and transcripts | 0 hr 04 min |
| The Transformation Journey | 0 hr 03 min |

**DANIELLE's Learner ID:** 2038256