# EXHIBIT E

## Edovo Certificates



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Foundation for Recovery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 13, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## A Guide Through the 12 Steps of Recovery

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 14, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Social Studies - Economics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 10, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Social Studies - Geography

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 12, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Course 1: Introduction to Entrepreneurship

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 12, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

Career Exploration: Marketing, Sales, and Service

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 12, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Computer Science Principles: Programming

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 16, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

The GOGI Life Tools - BOSS OF MY BRAIN - Fixed

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 17, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Reflections and Recovery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 17, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

The GOGI Life Tools - BELLY BREATHING - Fixed

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 18, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Job Seeking with a Criminal Record

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 19, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Rebound Allstars Primer 5-2024

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 24, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Allstar Mastermind Facilitator Pro

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 24, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Introduction to Legal Studies

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 24, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## HTML Essential Training

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 04, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

Rising Strong: A Substance Use Recovery Course

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 23, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Stressful Life Events

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

Introduction to Community & Leadership with The Phoenix

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

The Art of Soulmaking: The Path to Unconditional Freedom

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Introduction to Commercial Driving

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## TYRO Leadership Demo Course

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 25, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

Career Exploration: Business, Management, and Administration

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 24, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## The Power of Mindfulness

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Learn to Rx: Developing Your Fitness Skills

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Staying Healthy: Women's Health Pt. 1

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 04, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Introduction to The Phoenix

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Active Recovery with The Phoenix

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Freedom the GOGI Way

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## In the Courtroom

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 13, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Parenting While Incarcerated

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Howard Schultz Business Leadership

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 25, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Art Therapy for Self-Improvement, Reduced Anxiety and Better Relationships

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## One Step Away

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 27, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Staying Healthy for Beginners

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Introduction to Artificial Intelligence

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Meditation with The Phoenix

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## The MBSR Online Course

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 01, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Houses of Healing: The Basics

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Facing Your Shadow

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Meditation and Psychotherapy

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Affinity Designer for UX Design

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 10, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Make Your Listening Active

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 10, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Blackstone's Skills for Success

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 10, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

# DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

Business Basics: Intro to Budgeting, Taxes, and Certifications

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 10, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Anger Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 11, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Keeping Kids Safe in the Digital World

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 14, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

Thinking for the Future - CBT

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Learn Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## How to Reverse an Opioid Overdose

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

Fentanyl and How to Test for it in Your Drugs

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Veterans Behind Bars

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Forgiveness Challenge

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 20, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## GOGI POSITIVE WORDS

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 20, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Introduction to Stress Management

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## GOGI POSITIVE ACTIONS

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 23, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Changin' Your Game Plan: The Blueprint to Success During and After Incarceration

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 25, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Freedom the GOGI Way PART 2

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 25, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Criminal Process: The Basics

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 26, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Introduction to the 2nd Opportunity Programs

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 26, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Make BIG TALK: Introduction

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 27, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

Finding Safety in Your Nervous System

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Brandon McMillan Teaches Dog Training

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

Kris Jenner On The Power of Personal Branding

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Corey Damen Jenkins Teaches Interior Design

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 07, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Criminal Procedure

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 07, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## GOGI CLAIM RESPONSIBILITY

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 14, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Staying Healthy: Women's Health Pt. 2

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 14, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## The Roadtrip Nation Experience

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Impact: Families & Addiction

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

Provided by



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DANIELLE STEENBRUGGEN

FOR SUCCESSFUL COMPLETION OF

## Criminal Impulsivity by Pathway to Kinship

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

## Prisoner Reentry Network: Part I

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

# DANIELLE STEENBRUGGEN

**FOR SUCCESSFUL COMPLETION OF**

Conflict Resolution: Bringing Order to Disorder

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.